UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Angela Ortegon, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. C05-5371 SBA (BZ) |
| | ) | |
| v. | ) | INITIAL DISCOVERY ORDER |
| | ) | |
| American Airlines, | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1 The party seeking discovery shall request a conference in a
2 letter served on all parties not exceeding two pages (with no
3 attachments) which briefly explains the nature of the action
4 and the issues in dispute.  Other parties may reply in similar
5 fashion within two days of receiving the letter requesting the
6 conference.  The Court will contact the parties to schedule
7 the conference.

8     After the conference with the Court, if filing papers is
9 deemed necessary, they should be filed with the Clerk's
10 Office, with one copy delivered directly to Chambers (Room 15-
11 6688).  A chambers copy of all briefs shall be submitted on a
12 diskette formatted in WordPerfect 6, 8, 9 or 10 (the diskette
13 shall be scanned for virus before submission) or may be e-
14 mailed to the following address: bzpo@cand.uscourts.gov

15 Dated: August 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

20 G:\BZALL\-REFS\ORTEGON\INITIAL.DISC.ORDER.wpd

2