UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ORTEGON,<br><br>       Plaintiff(s),<br><br>  v.<br><br>AMERICAN AIRLINES, et al.,<br><br>       Defendant(s). | No. C 05-5371 SBA (BZ)<br><br>**SECOND DISCOVERY ORDER** |
| AMERICAN AIRLINES,<br><br>       Third-Party Complainant,<br><br>  v.<br><br>SWISSPORT CORPORATION, et. al.,<br><br>       Third-Party Defendant(s). | |

    Having reviewed defendants' motion for order compelling mental examination, plaintiff is hereby **ORDERED** to file a 2-page letter response by **noon on Monday, August 28, 2006.** A telephone conference with respect to this dispute is scheduled for **Tuesday, August 29, 2006 at 3 p.m.** Counsel for defendants

1

1 | shall get counsel for all interested parties on the line and
2 | call the court at **(415) 522-4093**.
3 | Dated:  August 24, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ORTEGON\DISC2.wpd