JAMES W. HUNT, Bar No. 122582
GARTH W. AUBERT, Bar No. 162877
EDUARDO MARTORELL, Bar No. 240027
MENDES & MOUNT, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
(213) 955-7700
(213) 955-7725 Fax
Garth.Aubert@Mendes.com

Attorneys for Defendant American Airlines
and Third-Party Defendant Swissport Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA ORTEGON,<br><br>        Plaintiff,<br>vs.<br>AMERICAN AIRLINES; and DOES 1 through 15, Inclusive,<br><br>        Defendant. | Case No. C05-05371 SBA (BZ)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| AMERICAN AIRLINES,<br><br>        Third-Party Complainant,<br>vs.<br>SWISSPORT CORPORATION; and ROES 1 through 50, Inclusive,<br><br>        Third-Party Defendants. | |

///
///
///
///

Stipulation of Dismissal
- 1 -

1  Plaintiff, ANGELA ORTEGON, Defendant, AMERICAN AIRLINES and
2  Third-Party Defendant SWISSPORT CORPORATION by and through their counsel
3  of record herein, hereby stipulate that the action may be <u>dismissed with prejudice</u>,
4  each party bearing their own costs of suit herein.

DATED: September 13, 2006         BRADY LAW GROUP

By: _____
Steven Brady
Attorneys for Plaintiff

DATED: September 13, 2006         MENDES & MOUNT, LLP

By: _____
Garth W. Aubert
Attorneys for Defendant American
Airlines and Third-Party Defendant
Swissport Corporation

M:\MMCases\390013\PLEADGS\StipulationofDismissal.doc

IT IS SO ORDERED:

9/19/06                           *Sandra B. Armstrong*

PROOF OF SERVICE
1013A(3) C.C.P. Revised 5-1-88

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 445 S. Figueroa Street, 38th Floor, Los Angeles, California 90071.

On **September 19, 2006,** I caused the document(s) described as: **Stipulation for Dismissal with Prejudice** to be served on the interested party(s) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Steven Brady
BRADY LAW GROUP
1015 Irwin Street, #A
San Rafael, CA 94901
Tel: (415) 459-7300
Fax: (415) 459-7303

__X__ **(By Mail)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ **(By Personal Service)** I caused such envelope to be delivered by hand via Attorneys Diversified Services to the offices of the addressee.

Executed on **??**, at Los Angeles, California.

__X__ **(By Pacer E-File&Serve)** On the date executed below, I electronically served the above-referenced document(s) via Pacer E- File & Serve on the recipients designated on the Transaction Receipt located on the Pacer E-File & Serve website.

__X__ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **September 19, 2006**, at Los Angeles, California.

_____
Espie Lucero